**Order entered February 18, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01197-CV

**WINFRED OLIVER-BELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-04462**

## ORDER

Before the Court is appellant's February 13, 2020 motion for extension of time to file her brief.  We **GRANT** the motion and **ORDER** the brief be filed no later than April 3, 2020.  We caution appellant that further extension requests will be disfavored.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE